Dear Honorable U.S. District Court;   11/27/23

FILED
UNITED STATES DISTRICT COURT
2023 DEC -8 AM 8:43
CLERK-ALBUQUERQUE

Hello, Im writing in reguards to my Federal Habeas Corpus. I was granted a 60 day extention Document 7 Filed 8/23/22, Time deadline to respond no later then 10/21/22.

I did file my response on why I should "NOT" be time barred in time, motion filed 10/17/22.

Can you please help with any up date or status of this matter?, I know I was advised that if I did not meet deadline matter could be struck down without futher notice, however I have done as Honor instructed.

Also address change was given to Court and acknowledged.

Last but not leaset, is there any time limit Honorable Court has to respond?, and does Honor have authority to stike down without notice if I have done as requied and instructed?

RE: Lorenzo Salas
  v.
  Leon Martinez, et. al.
Case# 1:22-cv-00048-JB-LF
      22-cv-40-SCY-LF

I hope your holidays are blessed. Respectfully, Please and Thank you.

Amen.

*Lorenzo Salas*
Lorenzo Salas
185 Dr. Michael Jenkins
Clayton, New Mexico
88415
Date: 11/27/23

Certificate of Service

I Lorenzo Salas affirm all information is true and correct to the best of my knowledge and under penalty of law. The original letter with questions to court was mailed to the United States District Court, District of New Mexico 333 Lomas Blvd. N.W., Albuq., New Mexico 87102, ATTN: Honor Laura Fashing, with copy for respondant on 11/27/23 threw prison Legal Mail.
18 U.S.C. § 1621, & 28 U.S.C. § 1746 (1).

Date: 11/27/23                                          *Lorenzo Salas*

Dear Honorable U.S. District Court;                    11/27/23

        Hello, Im writing in reguards to my Federal Habeas Corpus. I was granted a 60 day extention Document 7 Filed 8/23/22, Time deadline to respond no later then 10/21/22.

        I did file my response on why I should "NOT" be time barred in time, motion Filed 10/17/22.

        Can you please help with any up date or status of this matter?, I Know I was advised that if I did not meet deadline matter could be struck down without futher notice, however I have done as Honor instructed.

        Also address change was given to Court and acknowledged.

        Last but not leaset, is there any time limit Honorable Court has to respond?, and does Honor have authority to stike down without notice if I have done as requied and instructed?

RE: Lorenzo Salas
    v.
    Leon Martinez, et. al.
Case # 1:22-cv-00048-JB-LF

I hope your holidays are blessed. Respectfully, Please and Thank you.

Amen.

*Lorenzo Salas*
Lorenzo Salas
185 Dr. Michael Jenkins
Clayton, New Mexico
88415

Date: 11/27/23

## Certificate of Service

I Lorenzo Salas affirm all information is true and correct to the best of my knowledge and under penalty of law. The original letter with questions to court was mailed to the United States District Court, District of New Mexico 333 Lomas Blvd. N.W., Albuq., New Mexico 87102, ATTN: Honor Laura Fashing, with copy for respondant on 11/27/23 threw prison Legal Mail.

18 U.S.C. § 1621, & 28 U.S.C. § 1746 (1).

Date: 11/27/23                                *Lorenzo Salas*

NEOPOST
11/29/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 88415
041M11460408

U.S. District
District of New Mexico
ATTN: Honor Laura Fashing
333 Lomas Blvd., N.W.
Albuq., New Mexico
87102

Lorenzo Salas #51422/26981
185 Dr. Michael Jenkins
Clayton, New Mexico 88415

Legal
Mail